UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

LANGENOUR SWAN LAKE SUPERMARKET, LLC

      Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER BRT000375,

      Defendant.

------------------------------------------------------------------------X

CIVIL ACTION NO.:

**NOTICE OF REMOVAL OF CIVIL ACTION**

New York County Index No.: 656478/2025

## PETITION FOR REMOVAL OF CIVIL ACTION

1. Defendants, Certain Underwriters at Lloyd's London Subscribing to Policy Number BRT00375 ("Defendants"), are named as a party in a civil action commenced by the Plaintiff, Langenour Swan Lake Supermarket, LLC ("Plaintiff") in the Supreme Court of the State of New York, County of New York action captioned *Langenour Swan Lake Supermarket, LLC v. Certain Underwriters at Lloyd's London Subscribing to Policy Number BRT000375,* Index No.: 656478/2025 (the "State Court Action"). A copy of the Plaintiff's Summons and Complaint is annexed hereto as **Exhibit "A"**.

2. Upon information and belief, the State Court Action was commenced by the Plaintiff's filing of the Summons and Complaint on December 14, 2025. *Id*. The Summons and Complaint are dated December 14, 2025. *Id*.

3. Upon information and belief, Defendants, Certain Underwriters at Lloyd's London Subscribing to Policy Number BRT00375, were served with the Plaintiff's Summons and Complaint through the New York State Department of Financial Services on December 29, 2025.

12569851.1

A copy of the correspondence from the Department of Financial Services is annexed hereto as **Exhibit "B"**.

4. A Notice of Removal is timely filed when it is filed "within thirty days after the receipt by defendant[s], through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which" this action is based. 28 U.S.C. § 1446(b).

5. As Defendants were served on December 29, 2025, this Petition for Removal is timely filed.

6. Upon information and belief, Plaintiff Langenour Swan Lake Supermarket, LLC is a limited liability company, organized and existing under and by virtue of the laws of the State of New York, with its principal place of business located in the State of New York.

7. Upon information and belief, Plaintiff Langenour Swan Lake Supermarket, LLC is a limited liability company with a single member, Miriam Langenour.

8. Upon information and belief Miriam Langenour is a natural person and a citizen and resident of the State of New York.

9. Defendants, Certain Underwriters at Lloyd's London Subscribing to Policy Number BRT00375, are insurance syndicate companies all organized and existing under the laws of the United Kingdom with principal places of business located in the United Kingdom.

10. The address of 280 Park Avenue, New York, New York is an address at which Defendants have agreed to accept service of process; however, it is not the principal place of business of Defendants, Certain Underwriters at Lloyd's London Subscribing to Policy Number BRT00375. All underwriters subscribing to policy number BRT00375 maintain their principal places of business in the United Kingdom.

11. Defendants, Certain Underwriters at Lloyd's London Subscribing to Policy Number BRT00375, have not filed responsive pleadings in the State Court Action.

12. The within lawsuit is a controversy between citizens of a state and subjects of a foreign state, as to give rise to complete diversity of citizenship within the meaning of 28 U.S.C. § 1332.

13. Within Plaintiff's Complaint, it asserts a cause of action for breach of contract and seeks damages in the amount of "at least $191,241.58…" **See Exhibit "A".**

14. As specifically pled in the Plaintiff's Summons and Complaint in the State Court Action, the Plaintiff seeks in excess of $75,000.00. As such, the matter in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

15. Defendants assert that this Honorable Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 by virtue of diversity of citizenship jurisdiction.

16. As required by 28 U.S.C. § 1446(a), true and correct copies of the Summons and Complaint, the only the pleadings filed in this matter to date, are attached hereto as **Exhibit "A"**.

17. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for the plaintiff, and a copy is also being filed with the Clerk of the Court for the Supreme Court of the State of New York Court, New York County. The Notice of Filing Petition for Removal, without accompanying exhibits, is attached as **Exhibit "C."**

18. Therefore, Defendants Certain Underwriters at Lloyd's London Subscribing to Policy Number BRT00375, are entitled to removal of the State Court Action to this Court pursuant to 28 U.S.C. § 1441(a).

19. No previous application has been made for the relief requested herein.

12569851.1

**WHEREFORE**, the Defendants, Certain Underwriters at Lloyd's London Subscribing to Policy Number BRT00375, respectfully request that the State Court Action be removed to the United States District Court for the Southern District of New York, and that is proceeds in this Court as an action properly removed thereto.

Dated: New York, New York
January 28, 2026

Respectfully Submitted,

**CLAUSEN MILLER P.C.**

By: _____
Thomas D. Jacobson
(Attorney ID: 4283240)
*Attorney for Defendants*
*Certain Underwriters at Lloyd's, London*
28 Liberty Street, 39th Floor
New York, New York 10005
Telephone: (212) 805-3900
Facsimile: (212) 805-3939
Email: tjacobson@clausen.com

TO: Jack Glanzberg, Esq.
Glanzberg Law Firm, PLLC
420 S. Riverside Avenue, #240
Croton on Hudson, NY 10520
Tel: (718) 569-7757
Email: jack@glanzlaw.com

12569851.1

## CERTIFICATE OF SERVICE

I certify that on the 28th day of January, 2026, I caused a true and correct copy of the foregoing **NOTICE OF REMOVAL OF CIVIL ACTION** to be served via electronic filing and by U.S. Mail postage prepaid, on the following:

Jack Glanzberg, Esq.
Glanzberg Law Firm, PLLC
420 S. Riverside Avenue, #240
Croton on Hudson, NY 10520
Tel: (718) 569-7757
Email: jack@glanzlaw.com

                                                                                    _____
                                                                                    Thomas D. Jacobson

Dated:  January 28, 2026

12569851.1