**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
LANGENOUR SWAN LAKE SUPERMARKET,
LLC,

                          Plaintiff,                                  **ORDER**

              -against-                                   **26-CV-740 (JLR) (JW)**

CERTAIN UNDERWRITERS AT LLOYDS
LONDON SUBSCRIBING TO POLICY
NUMBER BRT000375,

                          Defendant.
-------------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

        A settlement conference was held on May 27, 2026.  No settlement agreement

was reached.  All prior orders and deadlines set by Judge Rochon remain in effect.


        SO ORDERED.

DATED:      New York, New York
            May 27, 2026

                                        _Jennifer E. Willis_
                                        JENNIFER E. WILLIS
                                        United States Magistrate Judge